UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE BARRIOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS FERRARA, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0415 CKD P<br><br>ORDER and FINDINGS &<br>RECOMMENDATIONS |

　　　　Plaintiff is a Solano County Jail inmate proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

　　　　Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

　　　　Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By separate order, the court will direct the appropriate agency to collect twenty percent of the preceding month's income credited to plaintiff's prison trust account and forward it to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

/////

1

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court has conducted the required screening and finds that plaintiff's complaint states claims upon which plaintiff may proceed under the Eighth Amendment against defendants Dr. Jim and Ferrara. The complaint states only a claim for injunctive relief against defendant Ferrara. Accordingly, the court will order that those defendants be served with process. With respect to the other defendants identified in plaintiff's complaint, plaintiff's complaint fails to state a claim upon which relief can be granted so the court will recommend they be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the Solano County Sheriff filed concurrently herewith.

3. Service is appropriate for defendants Dr. Jim and Ferrara.

4. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the complaint.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Three copies of the complaint.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to

/////

/////

1  serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment
2  of costs.
3      7. The Clerk of the Court assign a district court judge to this case
4      IT IS HEREBY RECOMMENDED that all defendants other than defendant Ferrara and
5  Dr. Jim be dismissed.
6      These findings and recommendations will be submitted to the United States District Judge
7  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
8  after being served with these findings and recommendations, plaintiff may file written objections
9  with the court.  The document should be captioned "Objections to Findings and
10  Recommendations."   Plaintiff is advised that failure to file objections within the specified time
11  may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
12  Cir. 1991).
13  Dated: March 16, 2017

    _/s/ Carolyn K. Delaney_____
14
    CAROLYN K. DELANEY
15      UNITED STATES MAGISTRATE JUDGE

18  1
  barr0415.1
19

3

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  KEVIN LEE BARRIOS,                        No. 2:17-cv-0415 CKD P
12          Plaintiff,
13      v.                                    NOTICE OF SUBMISSION
14  THOMAS FERRARA, et al.,                   OF DOCUMENTS
15          Defendants.

16
17      Plaintiff submits the following documents in compliance with the court's order filed
18  _____:
19      \_\_\_\_        completed summons form
20      \_\_\_\_        completed USM-285 forms
21      \_\_\_\_        copies of the _____
                                      Complaint
22
23  DATED:
24
25                                          _____
                                                    Plaintiff
26  _____
27
28
                                            1