UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LEE BARRIOS,

      Plaintiff,

   v.

THOMAS FERRARA, et al.,

      Defendants.

No.  2:17-cv-0415 KJM CKD P

ORDER

On June 1, 2017, defendant Ferrara filed a motion to dismiss.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to defendant Ferrara's motion to dismiss or a statement of non-opposition.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  July 6, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
barr0415.46