UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE BARRIOS,<br><br>   Plaintiff,<br><br>   v.<br><br>THOMAS FERRARA, et al.<br><br>   Defendants. | No. 2:17-cv-0415 KJM CKD P<br><br><br><br>ORDER |

On October 12, 2017, defendant Lewis filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 20, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
barr0415.46