UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LEE BARRIOS,

        Plaintiff,

   v.

THOMAS FERRARA, et al.,

        Defendants.

No. 2:17-cv-0415 KJM CKD

ORDER

Plaintiff, proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2017, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

1

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations filed October 30, 2017, are adopted in full.
2. Defendant Ferrara's motion to dismiss (ECF No. 14) is granted.
3. Plaintiff's claim for injunctive relief against defendant Ferrara is dismissed.
4. Defendant Ferrara is dismissed from this action.
5. This matter is referred back to the magistrate judge for further proceedings.

DATED: January 29, 2018.

_____
UNITED STATES DISTRICT JUDGE